IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re INACOM CORP., *et al.*,

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,[1] <br><br> Plaintiff, <br> v. <br> GAVIN ANDERSON & COMPANY, INC., <br><br> Defendant. | Civil Action No. 04-585 GMS <br><br> Adversary Case No. 02-03540 (PJW) <br> Bankruptcy Case No. 00-2426 (PJW) |

## NOTICE AND STIPULATION OF
## VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff InaCom Corp., *et al*, on behalf of the estate of the debtors, and defendant Gavin Anderson & Company, Inc. hereby stipulate to the voluntary dismissal with prejudice of the *Complaint To Avoid And Recover Certain Transfers* (the "Complaint") in the

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

42125-003\DOCS_DE:94954.1

above-captioned action. The parties stipulate to the dismissal of the Complaint with prejudice because the dispute at issue therein has been settled by the parties.

Dated: April 24, 2006

| | |
|---|---|
| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | WHARTON, ALDHIZER & WEAVER, P.L.C. |
| *(signature)* | *(signature)* |
| Laura Davis Jones (Bar No. 2436) | Stephan W. Milo (VA SBN 42156) |
| Sandra McLamb (Bar No. 4283) | Kevin Michael Rose (VA SBN 35930) |
| 919 North Market Street, 16th Floor | 100 South Mason Street |
| P.O. Box 8705 | Harrisonburg, VA 22801 |
| Wilmington, DE 19899-8705 (Courier 19801) | Telephone: 540-438-5306 |
| Telephone: (302) 652-4100 | Facsimile: 540-434-5502 |
| Facsimile: (302) 652-4400 | |
| | |
| Andrew W. Caine (Bar No. 110345) | |
| Jeffrey P. Nolan (Bar No. 158923) | |
| 10100 Santa Monica Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| Telephone: (310) 277-6910 | |
| Facsimile: (310) 201-0760 | |
| | |
| Counsel for InaCom Corp. | Counsel for Gavin Anderson & Company, Inc. |